

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2022

No. 04-22-00008-CV

**IN THE INTEREST OF M.J.E.**, a Child,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-EM5-04650
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Appellants' Motion Requesting Permission to File Supplemental Brief is GRANTED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court